# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

PHYLLIS J CARPENTER,

        Plaintiff(s),

v.

SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY,

        Defendant(s).

2:21-cv-01695-APG-VCF

**ORDER**

Before me is Plaintiff's motion to extend time to file an amended complaint. (ECF No. 5).

Accordingly,

I ORDER that Plaintiff's motion to extend time to file an amended complaint (ECF No. 5) is GRANTED.

I FURTHER ORDER that Plaintiff has up to and including December 29, 2021, to file an amended complaint.

DATED this 6th day of December 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE